In the Matter of Proving the Last Will and Testament of MATILDA B. BEIN-HAUER, Deceased, as a Will of Real and Personal Property. LAWRENCE BERENSON, Trustee in Bankruptcy, etc., Appellant; LISETTE B. WOLFF, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

BANKERS ENGINEERING COMPANY v. THE PEOPLES STATE SAVINGS BANK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

E. YORK AMES v. JOHN D. DUNLOP and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of PETRO KARPACZEWSKY, Also Known as PIETRO KARPACZEWSKY, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WILFORD EBENEZER LEWIN v. AGNES ELIZA LEWIN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ISADORE SHIPENBERG v. SIMON ASCHER & COMPANY, INC.— Motion dismissed, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Application of CITY OF NEW YORK re WESTCHESTER AVENUE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

BENNETT DE BEIXEDON v. BROWN & SECCOMB.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HENRY H. DREYER v. ROSCOE M. WIERS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

BENJAMIN KAPLAN v. HENRY LANZNER and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

OSCAR SHANK & BRO., INC., v. JACOB EPSTEIN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

GEORGE W. GEILEAR v. NEW YORK DIE COMPANY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

RACHEL M. O. WARD v. JOHN E. STILLWELL.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

2824 BROADWAY CORPORATION v. ELSIE L. WESER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JULIUS ROBINSON v. S. & M. GREENBERG MARCUS Co., INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.